Shirley A. Tyus, Mayflower, AR, pro se.

Patrick J. Benca, John Wesley Hall Jr., Attorney, John Wesley Hall, Jr., P.C., Little Rock, AR, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Shirley Tyus appeals the district court's [1] dismissal of her pro se action, which was construed as an action under 42 U.S.C. § 1983. We conclude that the dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Shirley A. TYUS, Appellant,**

v.

**Patrick BENCA, Attorney, Little Rock, Arkansas, Appellee.**

No. 07–1047.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 26, 2007.

Filed: Oct. 31, 2007.

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.